**SO ORDERED.**

**DONE and SIGNED April 12, 2023.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

**In Re:**

**RWDY, INC.,**                                      **CASE NO.: 22-11308**

  Debtor

---

**RWDY, INC.,**                                      **ADVERSARY PROCEEDING
                                                      NO.: 23AP-1003**
  *Plaintiff*

**VERSUS**                                            **HON. JUDGE JOHN S. HODGE**

**BRIAN T. OWEN,**

  *Defendant*

---

**JUDGMENT**

CONSIDERING the *Motion for Default Judgment* filed by plaintiff RWDY, INC., and the evidence submitted in support thereof, including the *Declaration of Michael D. Bruce*, and the admissions by the defendant, BRIAN T. OWEN,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there is hereby judgment in this adversary proceeding in favor of plaintiff RWDY, INC. and against defendant BRIAN T. OWEN as follows:

I. In the full and true sum of $27,204,990.83, and ordering defendant Brian T. Owen to account for and turnover funds in that amount to plaintiff RWDY, INC.

II. For judicial interest on the aforesaid amount from the date of this judgment until paid in full;

III. For all costs of this adversary proceeding; and

IV. Dismissing all other claims plead in the adversary *Complaint* filed herein without prejudice as moot.

###

**PREPARED AND SUBMITTED BY:**

AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC


By: /s/ Curtis R. Shelton
     Curtis R. Shelton
La. Bar Roll No. 17137
Suite 1400, Regions Tower
333 Texas Street (71101)
P.O. Box 1764
Shreveport, LA 71166-1764
Telephone: (318) 227-3306
Facsimile: (318) 227-3806
E-mail: curtisshelton@arklatexlaw.com

ROBERT W. RALEY ESQ.


By: /s/ Robert W. Raley
Robert W. Raley, La. Bar #11082
290 Benton Road Spur
Bossier City, LA 71111
Telephone: 318-747-2230
Fax: 318-747-0106
rwr@robertraleylaw.com

ATTORNEYS FOR RWDY, INC.